IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| 1-800 CONTACTS, INC., a Delaware corporation<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LENSWORLD.COM, INC., a New Jersey corporation,<br><br>　　　　　　　　Defendant. | **ORDER**<br><br>**OF DEFAULT JUDGMENT**<br><br><br>Civil No. 2:08-cv-015-SA<br><br>Judge Dale A. Kimball |

## **ORDER**

　　WHEREAS this Court has jurisdiction of the parties hereto and of the subject matter hereof, and venue is proper in this Court; and

　　WHEREAS Defendants have failed to plead or otherwise defend as provided by these rules; and

　　WHEREAS Defendants are neither an infant nor an incompetent person;

　　The Court, having considered the Motion for Default Judgment of Plaintiff 1-800 Contacts, Inc., along with the memoranda, exhibits, and arguments presented by the parties, hereby Orders as follows:

　　1.　　An Entry of Default is granted to Plaintiff.

　　2.　　Defendant shall not purchase Plaintiff's federally registered trademarks, or confusingly similar variations of Plaintiff's federally registered trademarks, as keywords for any search engine advertising program.

1

3. Defendant shall incorporate terms and conditions that prevent their affiliates from purchasing Plaintiff's federally registered trademarks, or confusingly similar variations of Plaintiff's federally registered trademarks, as keywords for any search engine advertising program.

4. Defendant shall implement the negative keywords attached hereto as Exhibit A in any search engine advertising program campaign, where possible, for so long as any one of Plaintiff's federally registered trademarks remain active.

5. Defendant shall incorporate terms and conditions requiring their affiliates to implement the negative keywords attached hereto as Exhibit A in any search engine advertising program campaign performed for the benefit of Defendant, where possible, for so long as any one of Plaintiff's federally registered trademarks remain active.

6. Defendant shall expire any affiliate that does not comply with implementing the negative keywords attached hereto as Exhibit A.

7. Defendant shall provide a signed declaration to the court 30 days after the signing of this Order, declaring that this Order has been fully complied with.

8. Defendant shall pay Plaintiff's reasonable expenses incurred in filing this suit, including attorney's fees, as approved by this Court.

BY THE COURT:

Dated: _September 9, 2008_____    _____
                                          Honorable Dale A. Kimball
                                          U.S. District Judge

2