**Exhibit A**

**Negative Key Word List of 1-800 Contacts, Inc.:**

1 800 contact
1 800 contacts
1800 contacts
1-800 contacts
1800.contacts
1800contact
1800contacts
1-800-contacts
1800contacts.com
800 contacts
800.contacts
800contacts
lens express
Lensexpress
Aquasoft
Aquasoft Complete Vision System
Evision
The World's Largest Contact Lens Store
Exact Same Contact Lenses, Delivered to Your
Door, for Less Than You're Paying Now
We Make it Simple
We Deliver You Save
www.1800contacts.com
www.1800contacts.net
www.1800contacts.org
www.1800contacs.com
www.1800contacs.net
www.1-800contacts.com
www.1-800contacts.net
www.800contacts.com
www.800contacts.net
www.contacts.com
www.lens1st.com
www.lensfirst.com
www.lensexpress.com
www.lensexpress.net